IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM JOSEPH DOWNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00522-BL |
| | ) | |
| SHANIA FERRELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 3, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's complaint for failure to prosecute and abide by orders of the court. (Doc. 15). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on November 17, 2025. (Doc. 15). On November 17, 2025, the Plaintiff filed a "[r]esponse to [d]ocument number 14 to clarify the initial complaint." (Doc. 17). However, because the Plaintiff has not identified any portions of the report and recommendation to which he objects to, the court does not construe the Plaintiff's filing (doc. 17) as an objection to the report and recommendation. Further, because the Plaintiff's filing (doc. 17) does not comply with the pleading requirements set forth in Federal Rule of Civil Procedure 8, the court does not construe the Plaintiff's filing as an amended complaint.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss the Plaintiff's complaint for failure to prosecute and abide by orders of the court. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 23rd day of February, 2026.

_____
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE